IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,   Case No. 09-CIV-9222 (CS)

        Plaintiff,

v.

FUNDEX CAPITAL CORPORATION

*Assigned to:*
        Defendant.   Hon. Cathy Seibel.

-------------------------------------------------------x

## ORDER

THIS CAUSE CAME upon the Second Receiver's Report submitted by the United States Small Business Administration ("SBA") as Receiver (the "Receiver") for Fundex Capital Corporation ("Fundex"), and the Receiver's request for Entry of the Proposed Order Approving and Confirming the Second Receiver's Report for the Period November 1, 2011 through October 31, 2012. After reviewing the pleadings and the Receiver's Report submitted therewith, and no objections having been received by this Court, it is hereby ORDERED that:

1. This Court APPROVES AND CONFIRMS the Second Receiver's Report for the Period November 1, 2011 through October 31, 2012 and the actions and the activities of the Receiver as reported therein.

IT IS SO ORDERED ON ___1st___ DAY OF __May__, 2013

*Cathy Seibel*
_____
HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE

*The Clerk shall terminate Doc. 107.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/13