# GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.

A Professional Corporation Incorporated in the State of New York

SAMUEL GOTTESMAN (1905-1974)
HAROLD H. WOLGEL (1920-2010)
KENNETH W. MALAMY
LAWRENCE L. FLYNN
STEVEN WEINBERG
STEWART W. LEE ◊

RICHARD B. DEMAS
SUSANNA REQUETS ◊
KELSEY BILODEAU ◊

◊ Also Admitted in New Jersey

ATTORNEYS AT LAW
11 HANOVER SQUARE
NEW YORK, N.Y. 10005-2870

TELEPHONE (212) 495-0100
FACSIMILE (212) 480-9797

WRITERS E-MAIL:
srequets@gottesmanlaw.com

**MEMO ENDORSED**

IN REPLY REFER TO
14561

March 19, 2014

Application Granted / ~~Denied~~
So Ordered.

*[signature]*
Cathy Seibel, U.S.D.J.

Dated: 3/24/14

**VIA FACSIMILE 914-390-4278**
Judge Cathy Seibel
The Federal Building and
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: In Re: Fundex Capital Corporation
Index No. 09 CV 9222 (CS)

Dear Judge Seibel:

Our office represents the United States Small Business Administration as Receiver for Fundex Capital Corp. (the "Receiver"). This Court's Order issued November 23, 2009 ("Receivership Order") contained injunctive relief provisions that stayed any legal proceedings with respect to assets of Fundex Capital Corp. We are writing this letter to request waiver of the pre-motion conference and for permission to file a motion to review and approve the Third Receiver's Report for the period commencing November 1, 2012 through November 30, 2013.

Any requirement for a pre-motion conference should be waived since the motion to review and approve the Third Receiver's Report for the period commencing November 1, 2012 through November 30, 2013 is procedural and administrative in nature.

The Receiver has sent a courtesy copy of this letter to the former President of Fundex. There are no other parties who have appeared in this receivership proceeding.

If the application is acceptable to this Court to waive the pre-motion conference, we respectfully request that Your Honor advise as soon as possible so that we may serve the instant motion.

We remain available to answer any inquiry this Court may have. Thank you for your time and consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2014

Judge Cathy Seibel
March 19, 2014
Page 2

Respectfully yours,

Steven Weinberg

SW:sl

cc: Lawrence I. Linksman
    Former President
    Fundex Capital Corp.
    535 Fifth Avenue-26th Floor
    New York, NY 10017

# GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.

A Professional Corporation Incorporated in the State of New York

## Attorneys at Law
11 Hanover Square
New York, NY 10005

---

(212) 495-0100

GWMF&W FACSIMILE NO. (212) 480-9797

## COVER SHEET FOR FACSIMILE TRANSMISSION

### FILE NO 14561
CLIENT/MATTER:

MESSAGE FROM:   Steven Weinberg

DATE:           March 24, 2014

TIME:

TOTAL NO. OF PAGES (INCLUDING COVER SHEET):

## REMARKS

**TO THE FOLLOWING:**                                         **FAX NO.:**

Judge Cathy Seibel                                            914-390-4278
The Federal Building and
United States Courthouse

A COPY OF THIS TRANSMISSION WILL NOT BE FORWARDED BY FIRST CLASS MAIL.

PLEASE NOTE: THIS FACSIMILE CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTITY NAMED ABOVE. IF THE READER OF THIS FACSIMILE IS NOT THE INTENDED RECIPIENT OR SPECIFIC EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO SAID RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL TO US AT THE ABOVE ADDRESS. THANK YOU.